NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1542

DAVE D. PROBERT and JACKLYN O. PROBERT,

Plaintiffs-Appellants,

v.

THE CLOROX COMPANY,

Defendant-Appellee.

Appeal from the United States District Court for the District of Utah in case no. 07-CV-139, Judge Dee Benson.

ON MOTION

## O R D E R

The parties move jointly to dismiss this appeal.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

SEP 2 9 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Todd E. Zenger, Esq.
       Clinton Earl Duke, Esq.
s17

ISSUED AS A MANDATE:    SEP 2 9 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 2009

JAN HORBALY
CLERK

_____

[*]    The parties request that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.